**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Elena GUTIERREZ, Defendant– Appellant.**

**No. 06–20405 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 27, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Elena Gutierrez pleaded guilty to one charge of conspiracy to transport aliens within the United States for financial gain. She appeals her 24–month sentence and argues that the district court gave insufficient notice of its intent to upwardly depart at sentencing. This issue is, as she concedes, reviewed for plain error only due to her failure to object to the alleged error in the district court. *See United States v. Jones*, 444 F.3d 430, 433 (5th Cir.2006). Gutierrez has not shown that the district court would have imposed a lesser sentence if she had received advance notice of its intent to depart. Consequently, she has failed to establish plain error. *See id.* at 443. The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.